APPEARANCE

## United States Bankruptcy Court

For the Northern District of Illinois

In re Tarocko Garfield,

Debtor.

Case No. 11-34182

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Vanessa Charles, Ebony Charles, and D.C., a minor

Kenneth R. Fiedler
Print Name on this Line

Signature

ATTORNEY ID NUMBER    6242876

Fiedler & Nathanson, Ltd.
Firm Name

FIRM ID NUMBER:

211 West Wacker Drive, Suite 1000
Street Address

Chicago    IL    60606
City    State    Zip

Telephone    (312) 263-9090

Trial Attorneys*

Kenneth R. Fiedler
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:  11/7/11

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P_____    D_____    TP_____