UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| TAROCKO GARFIELD, | ) | Case No. 11-34182 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO:  All Counsel of Record (See Attached Service List)

PLEASE TAKE NOTICE that on November 14, 2011, at 10:00 a.m., I shall appear before Judge Jack B. Schmetterer, in the Dirksen Federal Building, 219 S. Dearborn, Room 682, and then and there present the attached **Motion for Relief from the Automatic Stay**, a copy of which Motion is hereby served on the attorneys of record set forth above.

## PROOF OF SERVICE

I, the undersigned Attorney, certify that I served a copy of this Notice to the addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 211 W. Wacker Dr., Chicago, Illinois 60606 on November 7, 2011, with proper postage prepaid.

ARDC #6242876

Kenneth R. Fiedler
Stephanie K. Nathanson
FIEDLER & NATHANSON, LTD.
211 W. Wacker Drive, Suite 1000
Chicago, Illinois 60606
(312) 263-9090
(312) 277-9099 (facsimile)

# SERVICE LIST
*In re Tarocko Garfield*
**Case Number: 11-34182**

Shamira A. Youkhaneh
Zalutsky & Pinski
20 N. Clark Street, 6th Floor
Chicago, IL 60602
312-782-9792
*Attorney for Debtor*
***By Electronic Notice through ECF***

Sandra Levitt
20 North Clark Street, Suite 600
Chicago, IL 60602
*Attorney for Debtor*
***By Electronic Notice through ECF***

Horace Fox, Jr.
Lehman & Fox
6 E. Monroe Street
Chicago, IL 60603
312-332-5642
*Bankruptcy Trustee*
***By Electronic Notice through ECF***

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
*U.S. Trustee*
***By Electronic Notice through ECF***

Tarocko Garfield
6810 S. Wood Street, 2nd Floor
Chicago, IL 60636
*Debtor*
***By U.S. Mail***

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601
*Creditor*
***By U.S. Mail***

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| TAROCKO GARFIELD, | ) | Case No. 11-34182 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COME the Plaintiffs, VANESSA CHARLES, Individually and as Mother and Next of Friend of DEMETRIOUS CHARLES, JR., a minor, and EBONY CHARLES, by and through their attorneys, FIEDLER & NATHANSON, LTD., and seek relief from the automatic stay and other relief specified below against Debtor, Tarocko Garfield. In support of such motion, Vanessa Charles states:

This a motion to obtain relief from a stay as provided in § 362 (d) of Title 11, United States Code and Bankruptcy Rule 4001.

Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 on August 22, 2011.

Vanessa Charles commenced an action on January 20, 2011, against Tarocko Garfield, as well as other defendants, in the Circuit Court of Cook County in Illinois, case number 11 L 739. Said action remains pending. In the action, Vanessa Charles seeks damages in a civil personal injury lawsuit against Tarocko Garfield generally for damages related to an automobile accident. On January 20, 2009, Tarocko Garfield authorized and granted permission to Tamika Smith to use his vehicle. Vanessa Charles further alleges that Tarocko Garfield owed her, Demetrious Charles, Jr., and Ebony Charles, by and through Tamika Smith, a duty to exercise ordinary care in the

1

maintenance, operation, and control of said vehicle so as to keep Vanessa Charles, Demetrious Charles, Jr., and Ebony Charles and others free from injury. As a direct and proximate result of one or more acts and/or omissions committed by Tarocko Garfield, the front of the vehicle owned by Tarocko Garfield collided with the driver's side of the vehicle operated by Vanessa Charles, resulting in substantial injuries to Vanessa Charles, Demetrious Charles, Jr., and Ebony Charles.

That said action was stayed by operation of § 362 (a) of said Title 11 upon the filing of a petition herein.

The Debtor was insured on the date of the occurrence by the Apollo Casualty Company per the Illinois Traffic Crash Report.

Plaintiff seeks relief from the stay to obtain damages to be paid by the Debtor's insurers. The debtor will suffer no prejudice by lifting the stay to allow Vanessa Charles to proceed against the debtor to obtain a judgment to be paid from its insurers. Suspending a stay is appropriate where all the plaintiff seeks is a declaration of liability with no monetary consequences for the debtor, as oppose to its insurer. *Matter of Fernstrom Storage and Van Company*, 938 F.2d 731, 735 (7th Cir. 1991); See *Matter of Holtkamp*, 669 F.2d 505, 508-09 (7th Cir. 1982) (reasoning that allowing a personal injury action against the debtor to proceed did not harm the debtor where the debtor's insurance company had assumed full financial responsibility for defending that litigation); See also *Foust v. Munson S.S. Lines*, 299 U.S. 77, 87 (1936) (allowing wrongful death action against bankrupt defendant to proceed despite stay; plaintiff "entitled to maintain an action against the insurer for the amount of his judgment but not exceeding the amount of insurer's liability to the debtor under the policy.").

Vanessa Charles respectfully submits that there is cause under 11 U.S.C.S. § 362 (d)(1) for the automatic stay to be lifted for the purposes set forth above.

**WHEREFORE**, Vanessa Charles, Individually and as Mother and Next of Friend of Demetrious Charles, Jr., a minor, and Ebony Charles, requests relief from the automatic stay to allow it to continue their civil law suit against Tarocko Garfield and for such other and further relief as is appropriate.

Respectfully submitted,

ARDC #6242876

Kenneth R. Fiedler
Stephanie K. Nathanson
FIEDLER & NATHANSON, LTD.
211 W. Wacker Drive, Suite 1000
Chicago, Illinois 60606
(312) 263-9090

3