## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| TAROCKO GARFIELD, | ) | Case No. 11-34182 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

### ORDER

This cause coming to be heard on Vanessa Charles' Motion for Relief From Automatic Stay, due notice having been given, and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The automatic stay of proceedings in *Vanessa Charles, et al. v. Tarocko Garfield, et al.*, provided for under §362(a) of title 11, is lifted to allow Vanessa Charles to pursue her personal injury action against Tarocko Garfield in the Circuit Court of Cook County, under case number 11 L 739.

DATED:_____                                ENTERED:


                                                                            _____
                                                                            Jack B. Schmetterer,
                                                                            United States Bankruptcy Judge

**Ordered Prepared By**:
Kenneth R. Fiedler
Stephanie K. Nathanson
FIEDLER & NATHANSON, LTD.
211 W. Wacker Drive, Suite 1000
Chicago, Illinois 60606
(312) 263-9090
ARDC #6242876